**FILED**

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0328

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, MT 59620-1099
(406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF | ) Supreme Court Cause No. PR 21-0187 |
| MARIBETH HANSON, | ) ODC File No. 22-010 |
| A Suspended Attorney, | ) **COMPLAINT** |
| Respondent. | ) **Rules 8.1(b), MRPC** |

By leave of the Commission on Practice (Commission) granted on April 20, 2022, the Office of Disciplinary Counsel for the State of Montana ("ODC"), hereby charges Maribeth Hanson with professional misconduct as follows:

**General Allegations**

1. Maribeth Hanson, hereinafter referred to as Respondent, was admitted to the practice of law in the State of Montana in September 2014, at which time she took the oath required for admission, wherein she agreed to abide by the Rules of

*Complaint* - Page 1

Professional Conduct, the Disciplinary Rules adopted by the Supreme Court, and the highest standards of honesty, justice and morality, including but not limited to, those outlined in parts 3 and 4 of Chapter 61, Title 37, Montana Code Annotated.

2. The Montana Supreme Court has approved and adopted the Montana Rules of Professional Conduct ("MRPC"), governing the ethical conduct of attorneys licensed to practice in the State of Montana, which Rules were in effect at all times mentioned in this Complaint.

## Count One

3. ODC realleges and incorporates paragraphs 1 through 2 of the General Allegations as if fully restated in this Count One.

4. On February 12, 2021, ODC received a grievance from Respondent's client, Judith Ransom ("Ransom"). Ransom generally alleged she paid Respondent a retainer and Respondent failed to adequately communicate with her or take appropriate action on her matter.

5. By letter dated April 9, 2021, ODC requested Respondent provide a response to Ransom's grievance. Respondent was to respond on or before April 30, 2021; the mailing was not returned, and Respondent failed to respond.

6. By letter dated May 6, 2021, ODC again sent, via regular first-class USPS mail and Return Receipt/Certified Mail, a second letter to Hanson, instructing her to provide her response within ten (10) days, or by May 16, 2021.

*Complaint* - Page 2

The regular mail was not returned. The return receipt card was returned to ODC as having been signed by "Ashley Roberts". Respondent failed to respond.

7. ODC emailed Respondent on June 2, 2021, describing multiple attempts to contact her and asking Respondent to contact ODC as soon as possible. Respondent did not respond, nor did she provide a response to the grievance.

8. ODC made telephonic contact with Respondent on June 14, 2021, and she verified her contact information, discussed ODC's multiple attempts to contact her and elicit her response to Ransom's grievance. Following the conversation, ODC again provided a copy of Ransom's grievance to Respondent at the email address she requested. Respondent was to provide her response on or before, June 30, 2021; Respondent failed to respond.

9. As a result of her failure to respond or cooperate with lawful demands from ODC, a Rule 24 Show Cause hearing was set. Respondent acknowledged service and was provided a copy of the Rule 24 Order for Show Cause. The hearing was held October 27, 2021; Respondent failed to appear or provide a response to the grievance filed against her.

10. By Order dated November 9, 2021, Respondent was suspended for 30-days for her failure to respond, cooperate, and appear.

//

11. Despite being sanctioned in November, Respondent has not been compelled to participate and has avoided the attorney disciplinary process and to date, Respondent has failed to provide any response as demanded.

12. Respondent's failure to respond to ODC and the Commission's lawful demands concerning Ransom's grievance violated Rule 8.1(b), MRPC, and Rule 8A(6), resulting in grounds for discipline.

WHEREFORE, the Office of Disciplinary Counsel prays:

1. That a Citation be issued to the Respondent, to which shall be attached a copy of the complaint, requiring Respondent, within twenty-one (21) days after service thereof, to file a written answer to the Complaint;

2. That a formal hearing be had on the allegations of this complaint before an Adjudicatory Panel of the Commission;

3. That the Adjudicatory Panel of the Commission make a report of its findings and recommendations after a formal hearing to the Montana Supreme Court, and, in the event the Adjudicatory Panel finds the facts warrant disciplinary action and recommends discipline, that the Commission also recommend the nature and extent of appropriate disciplinary action, including an award of costs and expenses incurred in investigating and prosecuting this matter; and,

//

//

*Complaint* - Page 4

4. For such other and further relief as deemed necessary and proper.

DATED this 20th day of June 2022.

OFFICE OF DISCIPLINARY COUNSEL

By: _____
Pamela D. Bucy
Chief Disciplinary Counsel

//

//

*Complaint* - Page 5

**CERTIFICATE OF SERVICE**

I, Pamela D. Bucy, hereby certify that I have served true and accurate copies of the foregoing Complaint - Formal Complaint and Citation to Appear to the following on 06-21-2022:

Maribeth Hanson (Other)
1312 N. Monroe Street, Suite 252
Spokane WA 99201
Representing: Self-Represented
Service Method: Conventional

Shelly Smith (Court Reporter)
Office Administrator
Supreme Court Boards and Commissions
P.O. Box 203002
301 S. Park Ave., Ste. 328
Helena MT 59624
Service Method: eService
E-mail Address: shellysmith@mt.gov

Electronically signed by Sandy Jacke on behalf of Pamela D. Bucy
Dated: 06-21-2022